

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00219-CR

VALENTINE CASARES, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 140th District Court
Lubbock County, Texas
Trial Court No. 2015-405,167, Honorable Jim Bob Darnell, Presiding

October 2, 2015

MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Valentine Casares, appealed a judgment convicting him of two counts of aggravated sexual assault of a child, indecency with a child by contact, and indecency with a child by exposure. Appellant was sentenced to confinement in the Institutional Division of the Texas Department of Criminal Justice for a period of 50 years for each aggravated sexual assault conviction, and 20 years for each indecency with a child conviction. Each of the sentences will run concurrently. Appellant's counsel filed appellant's Motion to Dismiss Appeal on September 21, 2015.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a), and this Court has not delivered its decision prior to receiving it, the motion is hereby granted and the appeal is dismissed.  Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.


Mackey K. Hancock
Justice


Do not publish.